# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### (a) PLAINTIFFS
Chicago Regional Council of Carpenters Pension Fund, et al.

### DEFENDANTS
Tolberts Roofing & Construction, Inc.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Leonard Saphire-Bernstein, Whitfield & McGann
111 E. Wacker Dr., Suite 2600 - Chicago, IL 60601

Attorneys (If Known)

FILED
NOV 08 2007
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

07CV6346
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Nature of Suit checkboxes - 791 Empl. Ret. Inc. Security Act checked]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Employee Retirement Income Security Act, 29 USC 1132, and 29 USC 185, Taft-Hartley Act

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ 6,040.35
JURY DEMAND: ☒ No

## IX. This case ☒ is not a refiling of a previously dismissed action.

DATE: November 7, 2007
SIGNATURE OF ATTORNEY OF RECORD