IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | Case No. 07 C 6346 |
| v. | ) ) | Judge Shadur |
| TOLBERTS ROOFING & CONSTRUCTION, INC., et al. | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I, Leonard Saphire-Bernstein, an attorney licensed in the State of Illinois, certify that a copy of the foregoing Plaintiff's Exhibits A and B to the Complaint, were served on the 29th day of November, 2007, by electronic filing service, and regular mail to opposing counsel at the following address:

Timothy Hughes
Lavelle Law, Ltd.
501 W. Colfax St.
Palatine, IL 60067

By: ___s/ Leonard Saphire-Bernstein

Whitfield & McGann
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
312.251.9700