# EXHIBIT A

**James Egan & Associates, Ltd.**
Certified Public Accountants

Compliance Engagement Summary

*Benefit Hours*

| Report on the Compliance of | Covering the Period of |
|---|---|

**Account Number**   23229

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

January, 2004 To December, 2006

**Contact Information**

Tim Hughes/Mark Clark
Attorney          (708)389-7779

**Accounting Records At**

Same

**Reason for Initiation**

Priority - See Remarks

**Report Completed in**

March, 2007

**Findings**

Preliminary Findings-See Remarks

| | |
|---|---|
| **Discrepancy Hours** | 525.00 |
| **Discrepancy Dollars** | $    6,040.35 |
| **Liquidated Damages** | $    1,208.07 |
| **Grand Total Due** | $    7,248.42 |

**Associated Accounts**

19357 MARKS ROOFING & CONSTR INC

| Reviewed | Employer Accounting Records |
|---|---|
| Yes | Bank Statements and/or Cancelled Checks |
| No | Cash Disbursement Journals |
| No | Cash Receipts or Records of Deposits |
| No | Check Register / Stubs / Vouchers |
| N/A | Constr Loan Data and/or Contr Sworn Stmt |
| Yes | Contribution Reports to Other Trust Funds |
| Yes | Contribution Reports to This Trust Fund |
| No | Federal Income Tax Returns |
| No | General Ledgers |
| Yes | Individual Earnings Records |
| Yes | Invoices or Waivers of Lien for Pymts |
| Yes | Payroll Journals or Registers |
| Incomplete | Quarterly Federal Tax Return (Form 941) |
| Incomplete | Quarterly Unemployment Wage Reports |
| No | Report of Miscellaneous Income Payments |
| No | Summary of Information Returns (1096) |
| Incomplete | Time Cards or Uniform Daily Timesheets |
| Incomplete | Transmittal Of Income And Tax Statements |
| No | Vendor Listing |
| Incomplete | Wage and Tax Statements (Form W-2) |
| No | Workers' Comp. Audit & Employee Classif. |

*4/30/07 - Additional Records provided by comp &
forwarded to the auditor - 5/9/07 - Minimal
chg to list & no chg to Prelim Audit*

< Continued >

APR 0 3 2007

Trust Fund Copy

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number** 23229 | January, 2004 To December, 2006 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

| Contact Information |
|---|
| Tim Hughes/Mark Clark |
| Attorney (708)389-7779 |

| Accounting Records At |
|---|
| Same |

## Narrative Discussion

The initiation request indicated that this company was suspect working while not reporting any men. This company reports individuals to the Roofers Local 11. Individuals were reported to that Trust Fund during periods when no individuals were reported to this Trust Fund.

This report reflects only "Preliminary Findings" based upon incomplete records (see attached). We anticipate that our review of the aforementioned records will allow us to complete this engagement. However, occasionally these records may themselves indicate that an examination of additional records may be warranted.

During our review of this company we discovered the existence of a related non-signatory company, TOLBERTS ROOFING & CONSTRUCTION SERVICES, INC. This engagement includes a review of that company's records. We found discrepancies in the records of that company.

Common Elements:

1) Mark Clark is an officer of the signatory company and non-signatory company.

2) Both companies are located at the same address and maintain the same phone number.

3) The individuals on the attached Common Employee list earned wages from both companies.

4) The wages paid by the signatory company were made prior to March 19, 2005 and the wages made by the non-signatory company were made subsequent to March 18, 2005.

5) We noted no payments from the signatory company to the non-signatory company. We noted no payments from the non-signatory company to the signatory company.

< Continued >

Trust Fund Copy

**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit Hours*

Compliance Engagement Summary

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | January, 2004 To December, 2006 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

### Contact Information

Tim Hughes/Mark Clark
Attorney            (708)389-7779

### Accounting Records At

Same

## Narrative Discussion

6)   Both companies perform "roofing work."

After discussion with the Trust Fund (Carolyn Santoro), it was decided not to
pursue the records of the related non-signatory companies, OMNI LEASING, INC.
and MARK T'S, INC. at this time; therefore, the results of this report should
be considered "QUALIFIED."

Tolberts Roofing and Construction, Inc.
=========================================

The following individuals worked prior to the time the company began
reporting their hours.  The company indicated that they were performing
carpentry; therefore, we included the unreported hours in the discrepancies.

| Name | SS# |
|---|---|
| Derrick Anderson | 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 |
| Ricardo Dominguez-R | 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 |
| Ivan Guerrero | 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 |
| Carlos Ocon | 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 |
| Juan Ocon | 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 |

Tolberts Roofing & Construction Services, Inc.
==============================================

Lula Poe (ss# 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) worked prior to the time the signatory company
began reporting her hours.  The company indicated that she was performing
carpentry; therefore, we included her unreported hours in the discrepancies.
This company also failed to report the hours worked by Lula in September
2006.  Since the signatory company reported her hours in previous months, we
included the unreported hours in the discrepancies.

The signatory company failed to report the Carpenters hours worked for the
non-signatory company during check dates April 1, 2005, May 6, 2005 and
September 2, 2005.  We included these hours in the discrepancies and coded

< Continued >

Trust Fund Copy

**James Egan & Associates, Ltd.**
**Certified Public Accountants**

*Benefit Hours*

Compliance Engagement Summary

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | January, 2004 To December, 2006 |

| | Contact Information |
|---|---|
| TOLBERTS ROOFING & CONSTRUCTION INC 13611 S PULASKI RD ROBBINS, IL. 60472 (708)389-7779 | Tim Hughes/Mark Clark Attorney            (708)389-7779 |

**Accounting Records At**

Same

---

**Narrative Discussion**

them as "clerical errors."

**Attachments:**
        Unverified Employees Listing.
        Electronic Record Individuals Omitted Listing.

PRELIMINARY FINDINGS

| Marc E. Ragona | 3/23/07 | James E. Senter |
|---|---|---|
| Marc E. Ragona | Date | Approved |

Trust Fund Copy

# James Egan & Associates, Ltd.
*Certified Public Accountants and Consultants*

Employer:  Tolberts Roofing & Construction, Inc          AC# 23229          Date:6/8/2007

Trust Fund:  Chicago Regional Council of Carpenters

Certain records were not available for review during our recent appointment.  While we anticipate that our review of these records will allow us to complete this engagement, **occasionally these records may warrant an examination of additional records.**

Please return a copy of this form with the records, and **place a ( ✓ ) next to the item(s) being provided.** Thank you for your cooperation

## PAYROLL FOR: Tolberts Roofing and Construction, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Quarterly Illinois Unemployment Wage Reports (UI 3/40) | | |
| | Quarterly Unemployment Tax Reports for Other States | | |
| | Quarterly Federal Tax Returns (Forms 941) | | |
| | Federal Unemployment Report (Forms 940 or 940 EZ) | | |
| | Wage and Tax Statements (Forms W-2) | | |
| | Transmittal of Income and Tax Statements (Forms W-3) | | |
| | Records of payroll transactions commonly known as: Payroll Check Registers (by check no., date, etc.), Payroll Journals, Individual Earnings Records, etc. | Need — 10/04-3/05 | |
| ✓ | Time Cards | January 1, 2004 through December 31, 2006 | |
| | Bank Statements & Cancelled Checks for ALL Payroll A/Cs | No one kept — 9/04 | |
| | Monthly Contribution Reports to Other Trust Funds | | |
| | Employee Information Request form(s) | see attached form which contains  page(s) | |
| | | | |

## CASH DISBURSEMENTS / CONSTRUCTION LOANS FOR: Tolberts Roofing and Construction, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Vendor Listing | | |
| | Records of cash disbursed commonly known as: Check Registers/Stubs/Vouchers (check no, date, etc.), Cash Disbursement Journals, etc. | | |
| | General Ledgers | | |
| ✓ | Cancelled Checks for ALL General A/Cs | January 2004 through December 2006 | |
| ✓ | Bank Statements for ALL General A/Cs | January 2004 through January 2007 | |
| ✓ | Summary of Information Returns (Forms 1096) | Years 2004, 2005 and 2006 | |
| ✓ | Reports of Miscellaneous Income Payments (Forms 1099) | Years 2004, 2005 and 2006 | |
| | Subcontractors' Workers Compensation Endorsements | | |
| | Payment Information Request form(s) | see attached form which contains   page(s) | |
| | | | |

Need ? May Not Have

## OTHER RECORDS FOR: Tolberts Roofing and Construction, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Annual Workers Compensation Insurance Audit Reports | | |
| | Income Tax Return(s) | | |

Requested By:  Marc Ragona

12400 S. Harlem Avenue, Suite 200 Palos Heights, Illinois 60463-1476  (708) 361-2050  Fax (708) 361-3286  Email: mragona@egancpas.com

G:\CLIENTS\85018CDC\23229 Tolberts Roofing & Construction Inc\23229 Tolberts Roofing and Construction Inc rec req 3-19-07.doc

# James Egan & Associates, Ltd.
*Certified Public Accountants and Consultants*

Employer: Tolberts Roofing & Construction, Inc      AC# 23229        Date: 6/8/2007

Trust Fund: _Chicago Regional Council of Carpenters_

Certain records were not available for review during our recent appointment. While we anticipate that our review of these records will allow us to complete this engagement, **occasionally these records may warrant an examination of additional records.**

Please return a copy of this form with the records, and **place a ( ✓ ) next to the item(s) being provided.** Thank you for your cooperation

### PAYROLL FOR: Tolberts Roofing & Construction Services, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| ✓ | Detailed Quarterly Illinois Unemployment Wage Reports (UI 3/40) | 1st Qtr 2005 through 3 ,Qtr 2005 | |
| | Quarterly Unemployment Tax Reports for Other States | | |
| | Quarterly Federal Tax Returns (Forms 941) | | |
| | Federal Unemployment Report (Forms 940 or 940 EZ) | | |
| | Wage and Tax Statements (Forms W-2) | | |
| ✓ | Transmittal of Income and Tax Statements (Forms W-3) | ~~2005~~ | |
| | Records of payroll transactions commonly known as: Payroll Check Registers (by check no., date, etc.), Payroll Journals, Individual Earnings Records, etc. | | |
| ✓ | Time Cards | ~~January 1, 2004 through December 31, 2006~~ | |
| | Bank Statements & Cancelled Checks for ALL Payroll A/Cs | 4/05, 5/05 + 12/05 | |
| | Monthly Contribution Reports to Other Trust Funds | | |
| | Employee Information Request form(s) | see attached form which contains __ page(s) | |

### CASH DISBURSEMENTS / CONSTRUCTION LOANS FOR: Tolberts Roofing & Construction Services, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Vendor Listing | | |
| | Records of cash disbursed commonly known as: Check Registers/Stubs/Vouchers (check no, date, etc.), Cash Disbursement Journals, etc. | | |
| | General Ledgers | | |
| | Cancelled Checks for ALL General A/Cs | | |
| | Bank Statements for ALL General A/Cs | | |
| | Summary of Information Returns (Forms 1096) | | |
| | Reports of Miscellaneous Income Payments (Forms 1099) | | |
| | Subcontractors' Workers Compensation Endorsements | | |
| | Payment Information Request form(s) | see attached form which contains __ page(s) | |

### OTHER RECORDS FOR: Tolberts Roofing & Construction Services, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Annual Workers Compensation Insurance Audit Reports | | |
| | Income Tax Return(s) | | |

Requested By: Marc Ragona

*Handwritten notes in left margin:* Can be considered good! | Payment to a Vendor

12400 S. Harlem Avenue, Suite 200 Palos Heights, Illinois 60463-1476  (708) 361-2050   Fax (708) 361-3286   Email: mragona@egancpas.com

G:\CLIENTS\85018CDC\23229 Tolberts Roofing & Construction Inc\23229 Tolberts Roofing & Construction Services Inc rec req 3-19-07.doc

Employer : Tolberts Roofing and Construction, Inc
Account #23229

Common Employees

| SS# | Name | Type | Job Description |
|---|---|---|---|
| xxx-xx-6627 | Bravo, Emigdio T | NR | reported roofer |
| xxx-xx-2048 | Canedo, Joel P | NR | reported roofer |
| xxx-xx-9751 | Clark (McCormick), Anita | NR | office manager |
| xxx-xx-5646 | Clark Sr, Mark | ER | CEO/reported laborer |
| xxx-xx-0971 | Clark, Nicole | NR | clerical worker |
| xxx-xx-1615 | Coronel, Honorio | NR | reported roofer |
| xxx-xx-6579 | Curtis, Perry | NR | reported roofer |
| xxx-xx-1284 | Diaz, Fred | NR | reported roofer |
| xxx-xx-1896 | Dogan, Gregory | NR | reported roofer |
| xxx-xx-7461 | DOMINGUEZ-R, RICARDO | ER | reported carpenter |
| xxx-xx-7090 | Fikes, Gerald A | NR | driver |
| xxx-xx-3815 | Guerrero, Fermin | ER | reported roofer |
| xxx-xx-7004 | Guerrero, Guillarmo | NR | reported roofer |
| xxx-xx-8244 | GUERRERO, IVAN | ER | reported carpenter |
| xxx-xx-5631 | Guerrero, Raul | ER | reported roofer |
| xxx-xx-8121 | Guzman, Eduardo | NR | reported roofer |
| xxx-xx-0292 | Juarez, Jose A | NR | reported roofer |
| xxx-xx-3841 | Moreno, Salvador | NR | reported roofer |
| xxx-xx-6526 | OCON, JUAN | ER | reported carpenter |
| xxx-xx-1281 | Palomino, Javier | NR | reported roofer |
| xxx-xx-0064 | Palomino, Saul | NR | reported roofer |
| xxx-xx-9439 | Zamora, Leonard J | NR | reported roofer |

# *James Egan & Associates, Ltd.*
*Certified Public Accountants and Consultants*

Employer: Tolberts Roofing & Construction, Inc  AC# 23229  Date: 3/19/2007

Trust Fund: <u>Chicago Regional Council of Carpenters</u>

Certain records were not available for review during our recent appointment. While we anticipate that our review of these records will allow us to complete this engagement, **occasionally <u>these</u> records may warrant an examination of additional records.**

Please return a copy of this form with the records, and **place a ( ✓ ) next to the item(s) being <u>provided</u>.** Thank you for your cooperation

## PAYROLL FOR: Tolberts Roofing and Construction, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Quarterly Illinois Unemployment Wage Reports (UI 3/40) | | |
| | Quarterly Unemployment Tax Reports for Other States | | |
| | Quarterly Federal Tax Returns (Forms 941) | | |
| | Federal Unemployment Report (Forms 940 or 940 EZ) | | |
| | Wage and Tax Statements (Forms W-2) | | |
| | Transmittal of Income and Tax Statements (Forms W-3) | | |
| | Records of payroll transactions commonly known as: Payroll Check Registers (by check no., date, etc.), Payroll Journals, Individual Earnings Records, etc. | | |
| ✓ | Time Cards | January 1, 2004 through December 31, 2006 | |
| | Bank Statements & Cancelled Checks for <u>ALL</u> Payroll A/Cs | | |
| | Monthly Contribution Reports to Other Trust Funds | | |
| | Employee Information Request form(s) | see attached form which contains  page(s) | |

## CASH DISBURSEMENTS / CONSTRUCTION LOANS FOR: Tolberts Roofing and Construction, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Vendor Listing | | |
| | Records of cash disbursed commonly known as: Check Registers/Stubs/Vouchers (check no, date, etc.), Cash Disbursement Journals, etc. | | |
| | General Ledgers | | |
| ✓ | Cancelled Checks for <u>ALL</u> General A/Cs | January 2004 through December 2006 | |
| ✓ | Bank Statements for <u>ALL</u> General A/Cs | January 2004 through January 2007 | |
| ✓ | Summary of Information Returns (Forms 1096) | Years 2004, 2005 and 2006 | |
| ✓ | Reports of Miscellaneous Income Payments (Forms 1099) | Years 2004, 2005 and 2006 | |
| | Subcontractors' Workers Compensation Endorsements | | |
| | Payment Information Request form(s) | see attached form which contains   page(s) | |

## OTHER RECORDS FOR: Tolberts Roofing and Construction, Inc.

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Annual Workers Compensation Insurance Audit Reports | | |
| | Income Tax Return(s) | | |

Requested By: Marc Ragona

12400 S. Harlem Avenue, Suite 200 Palos Heights, Illinois 60463-1476  (708) 361-2050  Fax (708) 361-3286  Email: mragona@egancpas.com

G:\CLIENTS\85018CDC\23229 Tolberts Roofing & Construction Inc\23229 Tolberts Roofing and Construction Inc rec req 3-19-07.doc

# *James Egan & Associates, Ltd.*

*Certified Public Accountants and Consultants*

Employer: Tolberts Roofing & Construction, Inc     AC# 23229     Date: 3/19/2007

Trust Fund: Chicago Regional Council of Carpenters

Certain records were not available for review during our recent appointment.  While we anticipate that our review of these records will allow us to complete this engagement, **occasionally these records may warrant an examination of additional records.**

Please return a copy of this form with the records, and **place a ( ✓ ) next to the item(s) being provided.**  Thank you for your cooperation

**PAYROLL FOR: Tolberts Roofing & Construction Services, Inc.**

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| ✓ | Detailed Quarterly Illinois Unemployment Wage Reports (UI 3/40) | 1st Qtr 2005 through 4th Qtr 2005<br>*1st 05 – 3rd 05* | |
| | Quarterly Unemployment Tax Reports for Other States | | |
| | Quarterly Federal Tax Returns (Forms 941) | | |
| | Federal Unemployment Report (Forms 940 or 940 EZ) | | |
| ✗ | Wage and Tax Statements (Forms W-2) | ~~2005~~ | |
| ✓ | Transmittal of Income and Tax Statements (Forms W-3) | 2005 | |
| | Records of payroll transactions commonly known as:<br>    Payroll Check Registers (by check no., date, etc.),<br>    Payroll Journals, Individual Earnings Records, etc. | | |
| ✓ | Time Cards | January 1, 2004 through December 31, 2006 | |
| | Bank Statements & Cancelled Checks for ALL Payroll A/Cs | | |
| | Monthly Contribution Reports to Other Trust Funds | | |
| | Employee Information Request form(s) | see attached form which contains __ page(s) | |
| | | | |

**CASH DISBURSEMENTS / CONSTRUCTION LOANS FOR: Tolberts Roofing & Construction Services, Inc.**

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Vendor Listing | | |
| | Records of cash disbursed commonly known as:<br>    Check Registers/Stubs/Vouchers (check no, date, etc.),<br>    Cash Disbursement Journals, etc. | | |
| | General Ledgers | | |
| | Cancelled Checks for ALL General A/Cs | | |
| | Bank Statements for ALL General A/Cs | | |
| | Summary of Information Returns (Forms 1096) | | |
| | Reports of Miscellaneous Income Payments (Forms 1099) | | |
| | Subcontractors' Workers Compensation Endorsements | | |
| | Payment Information Request form(s) | see attached form which contains __ page(s) | |
| | | | |

**OTHER RECORDS FOR: Tolberts Roofing & Construction Services, Inc.**

| Requested | | For the Period(s) | Provided |
|---|---|---|---|
| | Annual Workers Compensation Insurance Audit Reports | | |
| | Income Tax Return(s) | | |
| | | | |

Requested By:  Marc Ragona

12400 S. Harlem Avenue, Suite 200 Palos Heights, Illinois 60463-1476  (708) 361-2050  Fax (708) 361-3286  Email: mragona@egancpas.com

G:\CLIENTS\85018CDC\23229 Tolberts Roofing & Construction Inc\23229 Tolberts Roofing & Construction Services Inc rec req 3-19-07.doc

Case 1:07-cv-06346  Document 1  Filed 11/29/2007  Page 11 of 27

| Report on the Compliance of | Legend |
|---|---|
| **Account Number**   23229 | **[ Unverified Employees ]** |
| TOLBERTS ROOFING &<br>CONSTRUCTION INC<br>13611 S PULASKI RD<br>ROBBINS, IL. 60472<br>(708)389-7779 | *Employee Name*<br>*Employee Address*<br>*City, State, Zip Code*<br>*Telephone Number / Pay Rate/Basis*<br>*Stated Job Description* |

CHARLES, MICHAEL D
8933 S CHAPPEL
CHICAGO, IL. 60617
            20.00 / Hour
SALESMAN

CLARK, ANITA  ✓ No
13611 S PULASKI ROAD .
ROBBINS, IL. 60472
            26.50 / Hour
OFFICE MANAGER

CLARK, NICOLE  NSA
248 CARRIAGE ROAD #248
SAUK VILLAGE, IL. 60411
            15.60 / Hour
CLERICAL WORKER

COLLIER, FRANK
108 W 107TH STREET
CHICAGO, IL. 60628
            8.50 / Hour
DRIVER

FIKES, GERALD A
7524 S DORCHESTER AVE
CHICAGO, IL. 60619
            15.00 / Hour
DRIVER

NOLAN, D'ANTHONY D
14633 GRANT
DOLTON, IL. 60419
            14.50 / Hour
BOOK KEEPER

PERKINS, JO LINDA
4401 FLOSSMOOR ROAD
COUNTRYCLUB HILLS, IL. 604
            13.00 / Hour
CLERICAL

WILKINS, BRIAN
7223 S KIMBARK AVE
CHICAGO, IL. 60619
            8.00 / Hour
YARD WORKER

PRELIMINARY FINDINGS

Trust Fund Copy

James Egan & Associates, Ltd.
Certified Public Accountants

*Benefit Hours*

Electronic Record Individuals Omitted Listing

| Report on the Compliance of | Legend |
|---|---|

Account Number    23229

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

[ Electronic Record Individuals Omitted ]

Social Security Number
Employee Name
Employee Address
City, State, Zip Code
Telephone Number / Pay Rate/Basis
Stated Job Description

---

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
ANDERSON, DERRICK
NO ADDRESS PROVIDED
,   .
(  )  -        33.32 / Hour
CARPENTER

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
DOMINGUEZ-R, RICARDO
6446 NORTH ARTESIAN
CHICAGO, IL. 60645
(773)465-3170    17.66 / Hour
CARPENTER

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
GUERRERO, IVAN
1533 W JARVIS APT 502
CHICAGO, IL. 60626
(773)761-1849    23.00 / Hour
CARPENTER

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
OCON, CARLOS A
8631 TRUMBULL AVE
SKOKIE, IL. 60076
(847)983-0545    21.66 / Hour
CARPENTER

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
OCON, JUAN
7021 N RIDGE BLVD
CHICAGO, IL. 60645
(847)722-4657    28.26 / Hour
CARPENTER

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
POE, LULA R
3983 S LAKE PARK #704
CHICAGO, IL. 60653
(773)855-5298    18.25 / Hour
CARPENTER

PRELIMINARY FINDINGS

Trust Fund Copy

**James Egan & Associates, Ltd.**
**Certified Public Accountants**

*Benefit Hours*

Summary of (Benefit) Contributions Due by Fund

| Employer : TOLBERTS ROOFING & | Account Number : 23229 | Compliance Report Period : |
|---|---|---|
| Trust Fund : Chicago Regional Council of Carpenters Pension, Welfare And Apprentice Funds | Date Submitted : 03/23/2007 | From 01/01/2004 To 12/31/2006 |

| Category: 81183 Rate Table Grouping Fund Description | Contribution Period From | To | Discrepancy Hours | Contribution Rate | Contributions Due |
|---|---|---|---|---|---|
| Welfare | 06/01/2004 | 05/31/2005 | 391.00 | 5.56 | 2,173.96 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 6.76 | 838.24 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 7.96 | 79.60 |
| Welfare Total: | | | 525.00 | | $ 3,091.80 |
| Construction Pension | 06/01/2004 | 05/31/2005 | 391.00 | 3.36 | 1,313.76 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 3.41 | 422.84 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 3.91 | 39.10 |
| Construction Pension Total: | | | 525.00 | | $ 1,775.70 |
| Apprentice Program | 06/01/2004 | 05/31/2005 | 391.00 | 0.49 | 191.59 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 0.49 | 60.76 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 0.49 | 4.90 |
| Apprentice Program Total: | | | 525.00 | | $ 257.25 |
| International Funds | 06/01/2004 | 05/31/2005 | 391.00 | 0.06 | 23.46 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 0.06 | 7.44 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 0.06 | 0.60 |
| International Funds Total: | | | 525.00 | | $ 31.50 |
| Labor Management | 06/01/2004 | 05/31/2005 | 391.00 | 0.02 | 7.82 |
| | 06/01/2005 | 05/31/2006 | 124.00 | .02 | 2.48 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 0.02 | 0.20 |
| Labor Management Total: | | | 525.00 | | $ 10.50 |
| Annuity | 06/01/2004 | 05/31/2005 | 391.00 | 1.50 | 586.50 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 1.90 | 235.60 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 2.00 | 20.00 |
| Annuity Total: | | | 525.00 | | $ 842.10 |
| MIAF | 06/01/2004 | 05/31/2005 | 391.00 | 0.04 | 15.64 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 0.04 | 4.96 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 0.04 | 0.40 |
| MIAF Total: | | | 525.00 | | $ 21.00 |
| Chicagoland Safety Program | 06/01/2004 | 05/31/2005 | 391.00 | 0.01 | 3.91 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 0.01 | 1.24 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 0.01 | 0.10 |
| Chicagoland Safety Program Total: | | | 525.00 | | $ 5.25 |
| Construction Industry Service Corp (CISCO) | 06/01/2004 | 05/31/2005 | 391.00 | 0.01 | 3.91 |
| | 06/01/2005 | 05/31/2006 | 124.00 | 0.01 | 1.24 |
| | 06/01/2006 | 12/31/2006 | 10.00 | 0.01 | 0.10 |
| Construction Industry Service Corp (CISCO) Total: | | | 525.00 | | $ 5.25 |
| Sub Total All Funds | | | | | $ 6,040.35 |
| | Liquidated Damages (1) | | | | $ 1,208.07 |
| Total Contributions Due All Funds | | | | | $ 7,248.42 |

PRELIMINARY FINDINGS

(1) Details Attached.

Trust Fund Copy

**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit
Hours*

Discrepancy Summary By Reporting Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | January, 2004 To December, 2006 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

| Page Number |
|---|
| 1 of 14 |

| Total Discrepancies This Report |
|---|
| 525.00 Hours |

| Reporting Period | Discrepancy Hours | Contribution Rate | Discrepancy Dollars |
|---|---|---|---|
| August, 2004 | 92.00 | 11.05 | $  1,016.60 |
| September, 2004 | 135.00 | 11.05 | 1,491.75 |
| October, 2004 | 42.00 | 11.05 | 464.10 |
| April, 2005 | 48.00 | 11.05 | 530.40 |
| May, 2005 | 74.00 | 11.05 | 817.70 |
| September, 2005 | 8.00 | 12.70 | 101.60 |
| January, 2006 | 21.00 | 12.70 | 266.70 |
| February, 2006 | (18.00) | 12.70 | (228.60) |
| March, 2006 | 90.00 | 12.70 | 1,143.00 |
| April, 2006 | 23.00 | 12.70 | 292.10 |
| September, 2006 | 10.00 | 14.50 | 145.00 |
| **Report Sub-Total** | **525.00** | | **$   6,040.35** |
| **Liquidated Damages (1)** | | | **1,208.07** |
| **Grand Total Due** | | | **$   7,248.42** |

PRELIMINARY FINDINGS

(1) Details Attached.

James Egan & Associates, Ltd.
Certified Public Accountants

*Benefit Hours*

Liquidated Damages

| Report on the Compliance of | Covering The Period of |
|---|---|
| **Account Number**   23229 | January, 2004 To December, 2006 |
| TOLBERTS ROOFING &<br>CONSTRUCTION INC<br>13611 S PULASKI RD<br>ROBBINS, IL. 60472<br>(708)389-7779 | **Page Number**<br><br>2 of 14<br><br>**Total Discrepancies This Report**<br><br>525.00 Hours |

| Reporting Period | Discrepancy Dollars | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|
| August, 2004 | 1,016.60 | 31 | 596.26 | |
| September, 2004 | 1,491.75 | 30 | 839.97 | |
| October, 2004 | 464.10 | 29 | 250.60 | |
| April, 2005 | 530.40 | 23 | 216.60 | |
| May, 2005 | 817.70 | 22 | 316.91 | |
| September, 2005 | 101.60 | 18 | 31.23 | |
| January, 2006 | 266.70 | 14 | 61.81 | |
| February, 2006 | (228.60) | | | |
| March, 2006 | 1,143.00 | 12 | 223.59 | |
| April, 2006 | 292.10 | 11 | 51.96 | |
| September, 2006 | 145.00 | 6 | 13 | |
| **11 Period(s)** | $    6,040.35 | | $   2,553.68 | $   1,208.07 |

PRELIMINARY FINDINGS

(2) 1.5 % Compounded per Month (or portion thereof)
(3) Total Damages Not To Exceed The 20% ERISA Limitation

Trust Fund Copy

**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit Hours*

Legend of Discrepancy Codes Encountered

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | January, 2004 To December, 2006 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

| Page Number |
|---|
| 3 of 14 |

| Total Discrepancies This Period |
|---|
| 525.00 Hours |

| Code | Discrepancy Description | Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER – PAYROLL** | |
| 102 | Hours Worked Prior To Reporting | 2,972.45 |
| | **ASSOCIATED COMPANY(S) – PAYROLL** | |
| 501 | Clerical Error | 2,821.30 |
| 502 | Hours Worked Prior To Reporting | 101.60 |
| 503 | Omission – Reported Individual | 145.00 |
| | **Report Sub-Total** | 6,040.35 |
| | **Liquidated Damages (1)** | 1,208.07 |
| | **Grand Total Due** | 7,248.42 |

PRELIMINARY FINDINGS

(1) Details Attached.

**James Egan & Associates, Ltd.**
**Certified Public Accountants**

*Benefit Hours*

## Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | August, 2004 |
| TOLBERTS ROOFING & CONSTRUCTION INC<br>13611 S PULASKI RD<br>ROBBINS, IL. 60472<br>(708)389-7779 | **Page Number**<br>4 of 14 |
| [ Pay Period Ended ] | **Total Discrepancies This Period**<br>92.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 08/06 | 08/13 | 08/20 | 08/27 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON, DERRICK | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 6.00 | 175.00 | 6.00 | 102 |
| 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 | DOMINGUEZ-R, RICARDO | 0.00 | 12.00 | 0.00 | 0.00 | 18.00 | 30.00 | 175.00 | 30.00 | 102 |
| 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 | OCON, CARLOS A | 0.00 | 12.00 | 0.00 | 0.00 | 15.00 | 27.00 | 175.00 | 27.00 | 102 |
| 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 | OCON, JUAN | 0.00 | 14.00 | 0.00 | 0.00 | 15.00 | 29.00 | 175.00 | 29.00 | 102 |
| | Total Hours This Page | 0.00 | | | 54.00 | | 92.00 | | | |
| | | 38.00 | | 0.00 | 0.00 | | | | 92.00 | |

Total Items Listed This Period : 4

Total Difference In Hours This Period :     92.00

PRELIMINARY FINDINGS

Trust Fund Copy

**James Egan & Associates, Ltd.**
**Certified Public Accountants**

*Benefit Hours*

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number   23229 | September, 2004 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

| Page Number |
|---|
| 5 of 14 |

| Total Discrepancies This Period |
|---|
| 135.00 Hours |

[ Pay Period Ended ]

| Social Security Number | Employee Name | Hours Reported | 09/03 | 09/10 | 09/17 | 09/24 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | ANDERSON, DERRICK | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 7.00 | 175.00 | 7.00 | 102 |
| 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 | DOMINGUEZ-R, RICARDO | 0.00 | 18.00 | 0.00 | 16.00 | 16.00 | 0.00 | 50.00 | 175.00 | 50.00 | 102 |
| 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 | OCON, CARLOS A | 0.00 | 11.00 | 0.00 | 18.00 | 12.00 | 0.00 | 41.00 | 175.00 | 41.00 | 102 |
| 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 | OCON, JUAN | 0.00 | 9.00 | 0.00 | 16.00 | 12.00 | 0.00 | 37.00 | 175.00 | 37.00 | 102 |

| | Total Hours This Page | 0.00 | | 0.00 | | 40.00 | | 135.00 | | | |
| | | | 38.00 | | 57.00 | | 0.00 | | | 135.00 | |

Total Items Listed This Period :    4

Total Difference In Hours This Period :        135.00

PRELIMINARY FINDINGS

Trust Fund Copy

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number   23229 | October, 2004 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

| Page Number |
|---|
| 6 of 14 |

| Total Discrepancies This Period |
|---|
| 42.00 Hours |

[ Pay Period Ended ]

| Social Security Number | Employee Name | Hours Reported | 10/01 | 10/08 | 10/15 | 10/22 | 10/29 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | GUERRERO, IVAN | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 26.00 | 42.00 | 175.00 | 42.00 | 102 |
| | Total Hours This Page | 0.00 | | 0.00 | | 16.00 | | 42.00 | | | |
| | | 0.00 | | | 0.00 | | 26.00 | | | 42.00 | |

Total Items Listed This Period :        1

Total Difference In Hours This Period :        42.00

PRELIMINARY FINDINGS

Trust Fund Copy

**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit Hours*

Detailed Discrepancy Hours By Period



| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | April, 2005 |
| TOLBERTS ROOFING & CONSTRUCTION INC<br>13611 S PULASKI RD<br>ROBBINS, IL. 60472<br>(708)389-7779 | **Page Number**<br><br>7 of 14 |
| [ Pay Period Ended ] | **Total Discrepancies This Period**<br><br>48.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 04/01 | 04/08 | 04/15 | 04/22 | 04/29 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | DOMINGUEZ-R, RICARDO | 56.00 | 24.00 | 18.00 | 18.00 | 20.00 | 0.00 | 80.00 | 175.00 | 24.00 | 501 |
| 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 | GUERRERO, IVAN | 56.00 | 24.00 | 18.00 | 18.00 | 20.00 | 0.00 | 80.00 | 175.00 | 24.00 | 501 |
| | Total Hours This Page | 112.00 | | | | | | 160.00 | | | |
| | | | 48.00 | | 36.00 | 40.00 | 0.00 | | | 48.00 | |

Total Items Listed This Period :        2

Total Difference In Hours This Period :        48.00

PRELIMINARY FINDINGS

Trust Fund Copy

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number   23229 | May, 2005 |
| TOLBERTS ROOFING & CONSTRUCTION INC 13611 S PULASKI RD ROBBINS, IL. 60472 (708)389-7779 | **Page Number** 8 of 14 |
| [ Pay Period Ended ] | **Total Discrepancies This Period** 74.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 05/06 | 05/13 | 05/20 | 05/27 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | DOMINGUEZ-R, RICARDO | 13.00 | 37.00 | 13.00 | 0.00 | 0.00 | 0.00 | 50.00 | 175.00 | 37.00 | 501 |
| 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 | GUERRERO, IVAN | 13.00 | 37.00 | 13.00 | 0.00 | 0.00 | 0.00 | 50.00 | 175.00 | 37.00 | 501 |
| | Total Hours This Page | 26.00 | 26.00 | 0.00 | 0.00 | 100.00 | | | 74.00 | |
| | | 74.00 | 0.00 | 0.00 | 0.00 | | | | 74.00 | |

Total Items Listed This Period :        2

Total Difference In Hours This Period :        74.00

PRELIMINARY FINDINGS

Trust Fund Copy



**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit Hours*

Detailed Discrepancy Hours By Period

| Report on the Compliance of | | Covering the Period of |
|---|---|---|
| **Account Number**    23229 | | September, 2005 |
| TOLBERTS ROOFING & CONSTRUCTION INC 13611 S PULASKI RD ROBBINS, IL. 60472 (708)389-7779 | | **Page Number** |
| | | 9 of 14 |
| | | **Total Discrepancies This Period** |
| [ Pay Period Ended ] | | 8.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 09/02 | 09/09 | 09/16 | 09/23 | 09/30 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | DOMINGUEZ-R, RICARDO | 43.00 | 8.00 | 0.00 | 0.00 | 23.00 | 20.00 | 51.00 | 175.00 | 8.00 | 501 |
| | Total Hours This Page | 43.00 | | 0.00 | | 23.00 | | 51.00 | | 8.00 | |
| | | | 8.00 | | 0.00 | | 20.00 | | | 8.00 | |

Total Items Listed This Period :        1

Total Difference In Hours This Period :        8.00

PRELIMINARY FINDINGS

Trust Fund Copy

**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit Hours*

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | January, 2006 |
| TOLBERTS ROOFING & CONSTRUCTION INC 13611 S PULASKI RD ROBBINS, IL. 60472 (708)389-7779 | **Page Number** 10 of 14 |
| [ Pay Period Ended ] | **Total Discrepancies This Period** 21.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 01/06 | 01/13 | 01/20 | 01/27 | | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | DOMINGUEZ-R, RICARDO | 85.00 | 29.00 | 19.00 | 21.00 | 24.00 | 0.00 | 93.00 | 175.00 | 8.00 | 501 |
| 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 | GUERRERO, IVAN | 77.00 | 21.00 | 27.00 | 21.00 | 24.00 | 0.00 | 93.00 | 175.00 | 16.00 | 501 |
| 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 | OCON, JUAN | 67.00 | 16.00 | 0.00 | 16.00 | 24.00 | 0.00 | 56.00 | 175.00 | (11.00) | 501 |
| 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 | POE, LULA R | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 8.00 | 175.00 | 8.00 | 502 |
| | Total Hours This Page | 229.00 | | 46.00 | | 80.00 | | 250.00 | | | |
| | | | 66.00 | | 58.00 | | 0.00 | | | 21.00 | |

Total Items Listed This Period :        4

Total Difference In Hours This Period :        21.00

Trust Fund Copy

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|

**Account Number** 23229

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

[ Pay Period Ended ]

February, 2006

**Page Number**

11 of 14

**Total Discrepancies This Period**

(18.00) Hours

| Social Security Number | Employee Name | Hours Reported | 02/03 | 02/10 | 02/17 | 02/24 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 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 | GUERRERO, IVAN | 43.00 | 11.00 | 27.00 | 0.00 | 8.00 | 0.00 | 46.00 | 175.00 | 3.00 | 501 |
| 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 | POE, LULA R | 64.50 | 13.00 | 28.50 | 2.00 | 0.00 | 0.00 | 43.50 | 175.00 | (21.00) | 501 |
| | Total Hours This Page | 107.50 | | 55.50 | 8.00 | | 89.50 | | | |
| | | | 24.00 | | 2.00 | 0.00 | | | (18.00) | |

Total Items Listed This Period : 2

Total Difference In Hours This Period : (18.00)

PRELIMINARY FINDINGS

Trust Fund Copy

**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit Hours*

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|

| | |
|---|---|
| **Account Number**   23229 | March, 2006 |
| TOLBERTS ROOFING &<br>CONSTRUCTION INC<br>13611 S PULASKI RD<br>ROBBINS, IL. 60472<br>(708)389-7779 | **Page Number**<br><br>12 of 14 |
| [ Pay Period Ended ] | **Total Discrepancies This Period**<br><br>90.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 03/03 | 03/10 | 03/17 | 03/24 | 03/31 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | DOMINGUEZ-R, RICARDO | 49.00 | 32.00 | 18.00 | 0.00 | 13.00 | 18.00 | 81.00 | 175.00 | 32.00 | 501 |
| 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 | GUERRERO, IVAN | 25.00 | 16.00 | 20.00 | 0.00 | 0.00 | 0.00 | 36.00 | 175.00 | 11.00 | 501 |
| 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 | OCON, JUAN | 49.00 | 32.00 | 18.00 | 0.00 | 13.00 | 18.00 | 81.00 | 175.00 | 32.00 | 501 |
| 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 | POE, LULA R | 35.00 | 16.00 | 18.00 | 0.00 | 4.00 | 12.00 | 50.00 | 175.00 | 15.00 | 501 |
| | Total Hours This Page | 158.00 | 74.00 | | 30.00 | | | 248.00 | | | |
| | | | 96.00 | | | 48.00 | | | | 90.00 | |

Total Items Listed This Period :      4

Total Difference In Hours This Period :        90.00

PRELIMINARY FINDINGS

Trust Fund Copy

**James Egan & Associates, Ltd.**
Certified Public Accountants

*Benefit Hours*

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | April, 2006 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

| **Page Number** |
|---|
| 13 of 14 |

| **Total Discrepancies This Period** |
|---|
| 23.00 Hours |

[ Pay Period Ended ]

| Social Security Number | Employee Name | Hours Reported | 04/07 | 04/14 | 04/21 | 04/28 | 05/05 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | DOMINGUEZ-R, RICARDO | 68.00 | 23.00 | 0.00 | 20.00 | 32.00 | 16.00 | 91.00 | 175.00 | 23.00 | 501 |
| | Total Hours This Page | 68.00 | 23.00 | 0.00 | 20.00 | 32.00 | 16.00 | 91.00 | | 23.00 | |

Total Items Listed This Period :      1

Total Difference In Hours This Period :      23.00

PRELIMINARY FINDINGS

Trust Fund Copy

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   23229 | September, 2006 |

TOLBERTS ROOFING &
CONSTRUCTION INC
13611 S PULASKI RD
ROBBINS, IL. 60472
(708)389-7779

| Page Number |
|---|
| 14 of 14 |

| Total Discrepancies This Period |
|---|
| 10.00 Hours |

[ Pay Period Ended ]

| Social Security Number | Employee Name | Hours Reported | 09/08 | 09/15 | 09/22 | 09/29 | 10/06 | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | POE, LULA R | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 175.00 | 10.00 | 503 |
| | Total Hours This Page | 0.00 | | 0.00 | | 0.00 | | 10.00 | | 10.00 | |
| | | 10.00 | | | 0.00 | | 0.00 | | | 10.00 | |

Total Items Listed This Period :        1

Total Difference In Hours This Period :        10.00

PRELIMINARY FINDINGS