IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) No. 07 C 6346 |
| v. | ) ) |
| TOLBERTS ROOFING, INC., et al. | ) ) Judge Shadur ) ) |
| Defendants. | ) |

PLAINTIFF'S NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)(1)

Plaintiffs, the Chicago Regional Council of Carpenters, et. al., by their attorney, Leonard Saphire-Bernstein of Whitfield & McGann, pursuant to Fed R. Civ. P. 41(a)(1), gives notice of its dismissal of this action without prejudice.

Defendants have been served but have not filed an answer or motion for summary judgment herein.

                                                  CHICAGO REGIONAL COUNCIL OF
                                                  CARPENTERS PENSION FUND, et al.

                                        By:    s/ Leonard Saphire-Bernstein
                                                     Leonard Saphire-Bernstein

Attorney for Plaintiff
Leonard Saphire-Bernstein
Whitfield & McGann
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
312-251-9700